## Smith, Appellant, *v.* Zoning Board of Adjustment.

Argued April 28, 1964. Before JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

reargument refused November 9, 1964.

*Edward Unterberger,* with him *Samuel Packman* and *Stanton W. Kratzok,* for appellants.

*Matthew W. Bullock, Jr.,* Deputy City Solicitor, with him *Carl K. Zucker,* Assistant City Solicitor, *James L. Stern,* Second Deputy City Solicitor, and *Edward G. Bauer, Jr.,* City Solicitor, for zoning board, appellee.

*William T. Coleman, Jr.,* with him *Louis E. Levinthal, Harold E. Kohn, Bruce W. Kauffman, Harry A. Rutenberg,* and *Dilworth, Paxson, Kalish, Kohn & Dilks,* for intervenors.

OPINION PER CURIAM, September 29, 1964: Order affirmed.